Mr. Justice Sulzbacher did not sit at the hearing of this case.

---

## MARTÍNEZ *v.* THE REGISTRAR OF PROPERTY.

COMPLAINT against the Registrar of Property of Aguadilla.

No. 5.—Decided June 27, 1903.

CANCELLATION.—*Via Gubernativa.*—The nullity of cancellations effected by registrars of property can not be decreed in proceedings known as (*via gubernativa*). This must be done by courts in a proper declaratory action.

### STATEMENT OF THE CASE.

Joaquín Moreno, owner of a farm situated in the district of Mayagüez and duly recorded in the Registry, executed a voluntary mortgage on said property, in favor of Victor Martinez who had his mortgage recorded, said mortgage being thereafter twice extended by deed No. 549 of May 28, 1897, executed in Mayagüez before Mariano Riera Palmer, notary public, for six thousand three hundred and thirty *pesos* and sixty-three *centavos* provincial money, as principal, and two thousand *pesos* to guarantee cost of collection, the creditor Martinez recording his mortgage right under date of August 12, 1897. After the execution of the mortgage in favor of Martínez, that is to say on March 30, 1898, a cautionary notice of attachment against Joaquín Moreno was entered on the same mortgaged property and two other farms for two thousand *pesos* in favor of María Moreno de Ramírez, which cautionary notice was made final by another entry dated August 10, 1898. Years afterwards, that is to say, on February 1, 1900, by deed No. 100, executed in Mayagüez before Mariano Riera Palmer, notary public, the debtor and owner of the farm, Joaquín Moreno, conveyed the property to the creditor, Victor Martínez, in payment of

Sergio Ramirez, esposo de Doña María Moreno, como mandatario verbal de Don Joaquín Moreno. Continuado el pleito en cobro de pesos por Doña María Moreno de Ramirez contra Don Joaquín Moreno, y que había motivado las anotaciones de embargo de la finca de referencia, se dictó sentencia de remate en 21 de Mayo de 1900 y por fin, en 12 de Noviembre de 1901, se adjudica esa misma finca á la Señora Moreno de Ramirez, en pago del crédito reclamado.

Como consecuencia de esa sentencia se presentó en el Registro de la Propiedad de Aguadilla un mandamiento expedido por la Corte del mismo Distrito, ordenando la cancelación de la inscripción de dominio á favor de Don Victor Martinez, por haberse adjudicado esa finca á la Sra. Moreno, en el juicio que en cobro de pesos seguía contra Don Joaquin Moreno, dueño de la misma, cancelación que fué verificada inmediatamente por el Registrador de la Propiedad por cuyo motivo, Don Víctor Martinez hubo de recurrir ante el Tribunal Supremo, formulando al efecto escrito de queja contra el referido Registrador, y solicitando que se declarara nula la ameritada cancelación y vigente la inscripción de dominio de la finca en cuestión, que figuraba á su favor en dicho Registro de la Propiedad.

El Tribuaal Supremo, por resolución de Abril 20, 1903, dispuso que acudiera el interesado á usar de su derecho, donde y como correspondiera, y el Sr. Martinez compareció nuevamente ante el mismo Tribunal, pidiendo reconsideración de la anterior resolución, y volviendo á solicitar que se decretara la ñulidad de la cancelación, de que hemos hecho mérito, ó en su defecto, que se dispusiera que la inscripción solicitada por la Sra. Moreno, de la adjudicación que se le hizo en el mencionado ejecutivo, se verificara de conformidad con el artículo 9 de la Ley Hipotecaria, ó sea, con el gravámen de la hipoteca constituida por el Sr. Moreno á favor de dicho Sr. Martinez, y proveyendo á este nuevo escrito se dictó la opinión que se inserta más adelante.

Abogado del recurrente: *Sr. Martinez.*

his mortgage debt, and in the deed of conveyance no mention was made of the attachment in favor of Mrs. Moreno de Ramírez.

It will be noted, that the admission of this deed of conveyance to record was not applied for by Martínez, but a copy of the deed was presented at the Registry for admission to record by Sergio Ramírez, the husband of Mrs. María Moreno, acting as the parole agent of Joaquín Moreno. After the prosecution of the suit brought by María Moreno de Ramírez against Joaquín Moreno for the recovery of her credit which had given rise to the cautionary notice of attachment on said farm, judgment was rendered on May 21, 1900, ordering a public sale and, finally, on November 12, 1900, the said property was adjudicated to Mrs. Moreno de Ramírez, in satisfaction of the amount claimed by her.

In consequence of said judgment, a writ issued by the court of the same district was presented at the Registry of Property of Aguadilla, ordering the cancellation of the record of ownership in favor of Victor Martínez, inasmuch as said property had been adjudicated to Mrs. Moreno in the action for the recovery of a debt, prosecuted by her against the owner, Joaquín Moreno, which cancellation was immediately effected by the Registrar of Property. There upon Victor Martínez filed in the Supreme Court a complaint against said Registrar, praying that aforesaid cancellation be declared null and void, leaving in force the record of ownership of the farm in question, which stood in his favor in the Registry of Property.

The Supreme Court, by a decision rendered April 20, 1903, directed the party concerned to assert his right before the proper court and in the manner prescribed by law. Then Martínez again appeared before the same court, praying for a reconsideration of the aforesaid decision and renewing his prayer that the cancellation be declared null and void, or in lieu thereof, that the record of the adjudication in favor of Mrs. Moreno in aforesaid execution proceedings, for

## Opinión del Tribunal.

*Considerando:* que la nulidad de las cancelaciones practicadas por los Registradores de la Propiedad no puede decretarse en la vía gubernativa, sino por los Tribunales de Justicia, y en el juicio declarativo correspondiente, y que tampoco es competente este Tribunal Supremo para resolver gubernativamente sobre el segundo extremo que subsidiariamente se interesa en el anterior escrito. No há lugar á lo que en el mismo se solicita, y estése á lo dispuesto en providencia de 20 de Abril último en el anterior escrito de queja, de la que es reproducción la que se formula en el presente; y comuníquese.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no intervino en la discusión de este caso.

---

## ORTÍZ *v.* RODRÍGUEZ.

### APELACIÓN procedente de la Corte de Distritó de Mayagüez.

No. 30.—Resuelto en Junio 27, 1903.

which she had applied, be ordered to be effected in conformity with article 9 of the Mortgage Law, that is to say, with the incumbrance of the mortgage constituted by Moreno in favor of said Martínez, and upon this new petition the following opinion was rendered.

*Mr. Martínez*, for petitioner.

### Opinion of the Court.

The nullity of cancellations effected by Registrars of Property can not be decreed in proceedings of this character (*via gubernativa*), but must be done by courts of justice in a proper declaratory action. The Supreme Court cannot decide the second point incidentally submitted in aforesaid petition. The prayer made therein is. denied, and the decision rendered on the 20th of April last upon the former complaint, of which the one now rendered is a reproduction, is ordered to be complied with, and communication hereof ordered to be made.

Chief Justice Quiñones, and Justices Hernández, Figueras and MacLeary, concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.